1  KAMALA D. HARRIS
   Attorney General of California
2  MARK R. BECKINGTON, State Bar No. 126009
   Supervising Deputy Attorney General
3  ANTHONY R. HAKL, State Bar No. 197335
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 322-9041
6    Fax:  (916) 324-8835
     E-mail:  Anthony.Hakl@doj.ca.gov
7  *Attorneys for Defendant*

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ITALIAN COLORS RESTAURANT, ALAN CARLSON, LAURELWOOD CLEANERS, LLC, JONATHAN EBRAHIMIAN, FAMILY LIFE CORPORATION d/b/a FAMILY GRAPHICS, TOSHIO CHINO,** | 2:14-cv-00604-MCE-DAD  **STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |
| Plaintiffs, | |
| v. | |
| **KAMALA D. HARRIS, in her official capacity as Attorney General of the State of California,** | |
| Defendant. | |

1  The parties, by and through the undersigned counsel, hereby stipulate that Defendant Kamala D. Harris, in her official capacity as Attorney General of the State of California, shall have up to and including April 11, 2014, to answer or otherwise respond to the complaint in this case. This represents an extension of fourteen (14) days. *See* Local Rule 144(a).

Dated:  March 27, 2014                    Respectfully Submitted,

                                          KAMALA D. HARRIS
                                          Attorney General of California
                                          MARK R. BECKINGTON
                                          Supervising Deputy Attorney General

                                          /s/ ANTHONY R. HAKL

                                          ANTHONY R. HAKL
                                          Deputy Attorney General
                                          *Attorneys for Defendant*

Dated:  March 27, 2014                    MARKUN ZUSMAN FRENIERE
                                          COMPTON LLP

                                          /s/ EDWARD ZUSMAN

                                          EDWARD ZUSMAN
                                          *Attorney for Plaintiffs*

SA2014115143
Stip.doc