Edward S. Zusman (SBN 154366)
Kevin K. Eng (SBN 209036)
MARKUN ZUSMAN FRENIERE COMPTON LLP
465 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 438-4515
Facsimile: (415) 434-4505

Attorneys for Plaintiffs
(*additional counsel listed on signature page*)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITALIAN COLORS RESTAURANT, ALAN CARLSON, STONECREST GAS & WASH, SALAM RAZUKI, LAURELWOOD CLEANERS, LLC, JONATHAN EBRAHIMIAN, LEON'S TRANSMISSION SERVICE, INC., VINCENT ARCHER, FAMILY LIFE CORPORATION d/b/a FAMILY GRAPHICS, TOSHIO CHINO, <br><br>Plaintiffs, <br><br>v. <br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of the State of California, <br><br>Defendant. | Case No.: 2:14-cv-00604-MCE-DAD <br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT'S STATEMENT OF UNDISPUTED FACTS** <br><br>Date:           December 4, 2014 <br>Time:          2:00 p.m. <br>Courtroom:  7, 14th Floor <br>                     Hon. Morrison C. England, Jr. |

///

///

///

///

///

///

///

Plaintiffs respond to Defendant's Statement of Undisputed Facts as follows:

| DEFENDANT'S UNDISPUTED FACTS | PLAINTIFFS' RESPONSE |
|---|---|
| 1. Plaintiffs are California merchants who accept credit cards for payment. | Undisputed. |
| 2. The only defendant in this case is California Attorney General Kamala D. Harris, who is named in her official capacity only and because she "is responsible for enforcing the laws of the State of California[.]" | Undisputed. |
| 3. No one has initiated legal proceedings against any of the plaintiffs under California Civil Code section 1748.1. | Undisputed, but immaterial. |
| 4. No one has threatened to initiate legal proceedings against any of the plaintiffs under California Civil Code section 1748.1. | Undisputed, but immaterial |
| 5. Plaintiffs admit that section 1748.1 "has a sparse enforcement history." | Undisputed, but immaterial. |
| 6. Plaintiff Vincent Archer "frequently explain[s] to customers that it is very expensive for [his business] to accept credit cards, and that when they pay with credit, the full purchase price does not go to [the business]." | Undisputed. |
| 7. Plaintiff Alan Carlson explains that "[w]hen customers ask why we impose a minimum purchase, we explain that it is because of the high fees that the credit card companies charge us when customers use their credit cards. . . . They are often surprised to learn how much Italian Colors is charged by the credit card companies." | Undisputed. |

| DEFENDANT'S UNDISPUTED FACTS | PLAINTIFFS' RESPONSE |
|---|---|
| 8. Plaintiff Salam Razuki states that "[w]hen customers ask why we give a discount, we explain that it is because of the high fees that the credit card companies charge us when customers pay with a credit card….They are often surprised to learn how much we pay in merchant fees." | Undisputed. |
| 9. Plaintiff Toshio Chino describes his pricing system to his customers. | Undisputed. |
| 10. Plaintiff Jonathan Ebrahimian states that "[m]ost of our customers are understanding and sympathetic when we tell them about the high merchant fees that we pay. Some of our regular customers even offer to pay in cash after hearing how much we are charged for credit-card transactions." | Undisputed. |
| 11. Testimony heard by the California Senate Judiciary Committee in connection with the passing of California Civil Code section 1748.1 stated that allowing surcharges "would result in higher overall prices, it would provide no price assistance to cash customers, and would seriously weaken competitive forces which work to ameliorate higher prices by engendering substantial consumer confusion about prices." | Undisputed. |
| 12. The legislative history states that section 1748.1 is designed to maintain consistent treatment in the marketplace with respect to retail transactions and consumer expectations." | Undisputed. |

Date:   November 10, 2014

Respectfully submitted,

*/s/ Kevin K. Eng*
EDWARD S. ZUSMAN
KEVIN K. ENG
MARKUN ZUSMAN FRENIERE & COMPTON LLP
465 California Street, 5th Floor
San Francisco, CA 94104
(415) 438-4515

keng@mzclaw.com

DEEPAK GUPTA
JONATHAN E. TAYLOR
GUPTA BECK PLLC
1735 20th Street, NW
Washington, DC 20009
(202) 888-1741
deepak@guptabeck.com

GARY B. FRIEDMAN
TRACEY KITZMAN
REBECCA QUINN
FRIEDMAN LAW GROUP LLP
270 Lafayette Street
New York, NY 10012
(212) 680-5150

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that I filed copies of the following:

PLAINTIFFS' RESPONSE TO DEFENDANT'S STATEMENT OF UNDISPUTED FACTS

via the Court's CM/ECF system on November 10, 2014, which will automatically serve a copy on counsel for the defendant.

Dated: November 10, 2014                                   /s/ Kevin K. Eng

                                                          _____
                                                          Kevin K. Eng