1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11   ITALIAN COLORS RESTAURANT,          No.  2:14-cv-00604-MCE-DAD
     ALAN CARLSON STONECREST GAS
12   & WASH, SALAM RAZUKI, LAUREL
     WOOD CLEANERS, LLC, JONATHAN
13   EBRAHIMIAN, LEON'S                   **ORDER**
     TRANSMISSION SERVICE, INC.,
14   VINCENT ARCHER, FAMILY LIFE
     CORPORATION d/b/a FAMILY
15   GRAPHICS, TOSHIO CHINO ,

16               Plaintiffs,

17        v.

18   KAMALA D. HARRIS, in her official
     capacity as Attorney General if the
19   State of California,

20               Defendant.

21

22        On November 10, 2014, Non-parties California Retail Association, California

23   Grocers Association, Safeway Inc., The Kroger Co., Walgreen Co., Albertson's LLC, Hy-

24   Vee, Inc. and Rite Aid Corporation filed a Motion for Leave to File a Memorandum of

25   Law as Amici Curiae in Support of Plaintiffs' Motion for Summary Judgment.

26   ///

27   ///

28   ///

1    For the reasons outlined in that submission, the Motion for Leave to File a

2  Memorandum of Law as Amici Curiae is GRANTED.  The amici curiae brief attached to

3  the Motion as Exhibit 1 is sufficiently filed and need not be refiled.

4    IT IS SO ORDERED.

5  Dated:  December 5, 2014

6

7

8  _____
   MORRISON C. ENGLAND, JR, CHIEF JUDGE
9  UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28