UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITALIAN COLORS RESTAURANT, ALAN CARLSON STONECREST GAS & WASH, SALAM RAZUKI, LAUREL WOOD CLEANERS, LLC, JONATHAN EBRAHIMIAN, LEON'S TRANSMISSION SERVICE, INC., VINCENT ARCHER, FAMILY LIFE CORPORATION d/b/a FAMILY GRAPHICS, TOSHIO CHINO , <br><br>Plaintiffs, <br><br>v. <br><br>KAMALA D. HARRIS, in her official capacity as Attorney General if the State of California, <br><br>Defendant. | No.  2:14-cv-00604-MCE-DAD <br><br>**ORDER** |

On November 19, 2014, Non-parties Consumer Action, National Association of Consumer Advocates, National Consumers League, and U.S. Public Interest Research Group filed a Motion for Leave to File a Memorandum of Law as Amici Curiae in Support of Plaintiffs' Motion for Summary Judgment.

///

///

///

1

For the reasons outlined in that submission, the Motion for Leave to File a Memorandum of Law as Amici Curiae is GRANTED. The amici curiae brief attached to the Motion as Exhibit A is sufficiently filed and need not be refiled.

IT IS SO ORDERED.

Dated: December 8, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT