| CAED 435 (Rev. 8/14) | United States District Court, Eastern District of California | | FOR COURT USE ONLY |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | DUE DATE: |

PLEASE Read Instruction Page (attached):

| 1. YOUR NAME<br>Rebecca Quinn | 2. EMAIL<br>rquinn@flgllp.com | 3. PHONE NUMBER<br>212-680-5150 | 4. DATE<br>12/22/2014 |
|---|---|---|---|
| 5. MAILING ADDRESS<br>270 Lafayette St. Suite 1410 | | 6. CITY<br>New York | 7. STATE NY   8. ZIP CODE 10012 |
| 9. CASE NUMBER<br>14-cv-00604 | 10. JUDGE<br>England | DATES OF PROCEEDINGS | |
| | | 11. FROM 12/18/2014 | 12. TO 12/18/2014 |
| 13. CASE NAME<br>Italian Colors et al., v. Harris | | LOCATION OF PROCEEDINGS | |
| | | 14. CITY Sacramento | 15. STATE CA |

16. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTION(S) | DATE(S) | REPORTER | PORTION(S) | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] VOIR DIRE | | | [ ] TESTIMONY (Specific Witness) | | |
| [ ] ENTIRE TRIAL | | | | | |
| [ ] SENTENCING | | | | | |
| [x] MOTION HEARING | 12/18/2014 | Diane Shepard | [ ] OTHER (Specify) | | |
| [ ] STATUS HEARING | | | | | |
| [ ] CHANGE OF PLEA | | | | | |
| [ ] PRE-TRIAL PROCEEDING | | | | | |

18. ORDER     (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).     ESTIMATE TOTAL

| 19. SIGNATURE<br>*/s/ Rebecca Quinn* | PROCESSED BY |
|---|---|
| 20. DATE  12/22/2014 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |