# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ITALIAN COLORS RESTAURANT, ET AL.,**

CASE NO: **2:14–CV–00604–MCE–DAD**

v.

**KAMALA D. HARRIS,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/26/2015**

**Marianne Matherly**
Clerk of Court

ENTERED: **March 26, 2015**

by: /s/ H. Kaminski
Deputy Clerk