Edward S. Zusman (SBN 154366)
Kevin K. Eng (SBN 209036)
MARKUN ZUSMAN FRENIERE COMPTON LLP
465 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 438-4515
Facsimile: (415) 434-4505

Attorneys for Plaintiffs
(*additional counsel listed on signature page*)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITALIAN COLORS RESTAURANT, ALAN CARLSON, STONECREST GAS & WASH, SALAM RAZUKI, LAURELWOOD CLEANERS, LLC, JONATHAN EBRAHIMIAN, LEON'S TRANSMISSION SERVICE, INC., VINCENT ARCHER, FAMILY LIFE CORPORATION d/b/a FAMILY GRAPHICS, TOSHIO CHINO, <br><br> Plaintiffs, <br><br> v. <br><br> KAMALA D. HARRIS, in her official capacity as Attorney General of the State of California, <br><br> Defendant. | Case No.: 2:14-cv-00604-MCE-DAD <br><br> **STIPULATION TO DEFER ATTORNEYS' FEES, EXPENSES AND COSTS PENDING APPEAL; ORDER** <br><br> Date:     N/A <br> Time:     N/A <br> Courtroom:  7, 14th Floor <br> Hon. Morrison C. England, Jr. |

In the interests of judicial efficiency, and in light of Defendant's appeal, the parties hereby stipulate that consideration of any request for attorneys' fees, related nontaxable expenses, or costs be deferred until after the disposition of the appeal, pursuant to Federal Rule of Civil Procedure 54.  Accordingly, the parties respectfully request that the Court enter the order set forth below, providing that any motion by any party for attorneys' fees, related nontaxable expenses, or costs shall be filed no later than thirty days after the judgment of the U.S. Court of Appeals for

the Ninth Circuit, the dismissal of the appeal for any reason, or the final judgment of this Court on remand, whichever is later.

Dated: May 6, 2015  STIPULATED AND AGREED:

*/s/ Deepak Gupta*
DEEPAK GUPTA
GUPTA BECK PLLC
1735 20th Street, NW
Washington, DC 20009
Telephone: (202) 888-1741
Email: deepak@guptabeck.com

Kevin K. Eng
Markun Zusman Freniere Compton LLP
465 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 438-4515

*Attorneys for Plaintiffs*

*/s/ Anthony R. Hakl*
KAMALA D. HARRIS
Attorney General of California
STEPAN A. HAYTAYAN
Supervising Deputy Attorney General
ANTHONY R. HAKL
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 322-9041
Email: Anthony.Hakl@doj.ca.gov
*Attorneys for Defendant*

# ORDER

Upon the parties' stipulation and pursuant to Federal Rule of Civil Procedure 54, any motion by any party for attorneys' fees, related nontaxable expenses, or costs in this action shall be filed within 30 days of the judgment of the United States Court of Appeals for the Ninth Circuit, the dismissal of the appeal for any reason, or the final judgment of this Court on remand, whichever is later.

IT IS SO ORDERED.

Dated: May 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT