**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ITALIAN COLORS RESTAURANT, ALAN CARLSON, STONECREST GAS & WASH, SALAM RAZUKI, LAURELWOOD CLEANERS, LLC, JONATHAN EBRAHIMIAN, LEON'S TRANSMISSION SERVICE, INC., VINCENT ARCHER, FAMILY LIFE CORPORATION d/b/a FAMILY GRAPHICS, TOSHIO CHINO,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No.: 2:14-cv-00604-MCE-DAD<br><br>**STIPULATION TO EXTENSION OF TIME FOR ATTORNEYS' FEES, EXPENSES, AND COSTS; ORDER**<br><br>Date:      N/A<br>Time:      N/A<br>Courtroom: 7, 14th Floor<br>Hon. Morrison C. England, Jr. |

The parties hereby jointly request a 30-day extension, from March 4, 2018 to April 3, 2018, of the deadline to file any application concerning attorneys' fees, related nontaxable expenses, or costs.

On May 11, 2015, this Court adopted the parties' stipulation that any motion for attorneys' fees, related nontaxable expenses, or costs in this action be filed within 30 days of the judgment of the U.S. Court of Appeals for the Ninth Circuit, the dismissal of the appeal for any reason, or the final judgment of this Court on remand, whichever is later.

Following the Ninth Circuit's recent decision in this case, this Court adopted the parties' stipulation for a 30-day extension of the deadline for a fee motion, to and including March 4, 2018.

The parties believe that the second extension requested here will allow them to discuss settlement of the remaining attorneys' fees issues and thereby possibly avoid unnecessary further litigation. In addition, additional time is necessary because of the complexity of the litigation, and because plaintiffs' counsel have had, and will have an unusual number of competing litigation obligations this month and in the coming month.

| | | |
|---|---|---|
| 1 | Dated: March 2, 2018 | STIPULATED AND AGREED: |

*/s/ Deepak Gupta*
Deepak Gupta*
Jonathan E. Taylor
GUPTA WESSLER PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
Telephone: (202) 888-1741
Facsimile: (202) 888-7792
*deepak@guptawessler.com*

Edward S. Zusman (SBN 154366)
Kevin K. Eng (SBN 209036)
MARKUN ZUSMAN FRENIERE COMPTON LLP
465 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 438-4515
Facsimile: (415) 434-4505

Gary B. Friedman*
Tracey Kitzman
Rebecca Quinn
FRIEDMAN LAW GROUP LLP
270 Lafayette Street
New York, NY 10012
(212) 680-5150

Howard M. Jaffe
JAFFE + MARTIN
1801 Century Park East
Suite 1600
Los Angeles, CA 90067
(310) 226-7770

Alex M. Tomasevic
NICHOLAS & TOMASEVIC LLP
225 Broadway - 19th Floor
San Diego, CA 92101
(619) 325-0492

Robert W. Cohen
LAW OFFICES OF ROBERT W. COHEN
1875 Century Park East, Suite 1770
Los Angeles, CA 90067
Telephone: (310) 282-7586
Facsimile: (310) 282-7589

*admitted pro hac vice*

*Attorneys for Plaintiffs*

| | |
|---|---|
| 1 | /s/ John Killeen |
| 2 | Xavier Becerra |
|   |    Attorney General of California |
| 3 | John Killeen |
|   |    Deputy Attorney General |
| 4 | Anthony R. Hakl |
| 5 |    Deputy Attorney General |
|   | 1300 I Street, Suite 125 |
| 6 | P.O. Box 944255 |
|   | Sacramento, CA 94244-2550 |
| 7 | (916) 322 9041 |
|   | *anthony.hakl@doj.ca.gov* |
| 8 | |
|   | *Attorneys for Defendant* |


/s/ John Killeen
Xavier Becerra
   Attorney General of California
John Killeen
   Deputy Attorney General
Anthony R. Hakl
   Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
(916) 322 9041
*anthony.hakl@doj.ca.gov*

*Attorneys for Defendant*

**ORDER**

Upon the parties' stipulation and good cause appearing, pursuant to Federal Rule of Civil Procedure 54, the deadline for Plaintiffs' motion for attorneys' fees, related nontaxable expenses, or costs in this action is hereby extended by 30 days to not later than April 3, 2018.

IT IS SO ORDERED.

DATED: March 16, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I filed a copy of the foregoing stipulation and proposed order via the Court's CM/ECF system on March 2, 2018, which will automatically serve a copy on counsel for the defendants.

Dated: March 2, 2018                    */s/ Deepak Gupta*
                                        Deepak Gupta