IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ITALIAN COLORS RESTAURANT, ALAN CARLSON, STONECREST GAS & WASH, SALAM RAZUKI, LAURELWOOD CLEANERS, LLC, JONATHAN EBRAHIMIAN, LEON'S TRANSMISSION SERVICE, INC., VINCENT ARCHER, FAMILY LIFE CORPORATION d/b/a FAMILY GRAPHICS, TOSHIO CHINO,

Plaintiffs,

v.

KAMALA D. HARRIS, in her official capacity as Attorney General of the State of California,

Defendant.

Case No.: 2:14-cv-00604-MCE-DAD

STIPULATION TO EXTENSION OF TIME FOR ATTORNEYS' FEES, EXPENSES, AND COSTS; ORDER

Date: N/A
Time: N/A
Courtroom: 7, 14th Floor
Hon. Morrison C. England, Jr.

The parties hereby jointly request a 30-day extension, from April 3, 2018 to May 3, 2018, of the deadline to file any application concerning attorneys' fees, related nontaxable expenses, or costs.

The parties have previously requested three extensions, which the Court granted. The first was stipulated on May 6, 2015, requesting that any motion by any party for attorneys' fees, related nontaxable expenses, or costs in this action be filed within 30 days of the judgment of the United States Court of Appeals for the Ninth Circuit, the dismissal of the appeal for any reason, or the

final judgment of this Court on remand, whichever is later. The Court granted that request on May 11, 2015. The second extension was stipulated on January 31, 2018, which the Court granted on February 6, 2018. The third extension was stipulated on March 2, 2018, which the Court granted on March 16, 2018.

The parties believe that the extension requested here will allow them to discuss settlement of the remaining attorneys' fees issues and thereby possibly avoid unnecessary further litigation.

Dated: April 3, 2018

STIPULATED AND AGREED:

*/s/ Deepak Gupta*
Deepak Gupta*
Jonathan E. Taylor
GUPTA WESSLER PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
Telephone: (202) 888-1741
Facsimile: (202) 888-7792
*deepak@guptawessler.com*

Edward S. Zusman (SBN 154366)
Kevin K. Eng (SBN 209036)
MARKUN ZUSMAN FRENIERE COMPTON LLP
465 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 438-4515
Facsimile: (415) 434-4505

Gary B. Friedman*
Tracey Kitzman
Rebecca Quinn
FRIEDMAN LAW GROUP LLP
270 Lafayette Street
New York, NY 10012
(212) 680-5150

Howard M. Jaffe
JAFFE + MARTIN
1801 Century Park East
Suite 1600
Los Angeles, CA 90067
(310) 226-7770

Alex M. Tomasevic
NICHOLAS & TOMASEVIC LLP
225 Broadway - 19th Floor
San Diego, CA 92101
(619) 325-0492

Robert W. Cohen
LAW OFFICES OF ROBERT W. COHEN
1875 Century Park East, Suite 1770
Los Angeles, CA 90067
Telephone: (310) 282-7586
Facsimile: (310) 282-7589

*admitted *pro hac vice*

*Attorneys for Plaintiffs*

*/s/ John Killeen*
Xavier Becerra
Attorney General of California
John Killeen
Deputy Attorney General
Anthony R. Hakl
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
(916) 322 9041
*anthony.hakl@doj.ca.gov*

*Attorneys for Defendant*

## ORDER

Upon the parties' stipulation and pursuant to Federal Rule of Civil Procedure 54, the deadline for the plaintiffs' motion for attorneys' fees, related nontaxable expenses, or costs in this action is hereby extended by 30 days to May 3, 2018.

IT IS SO ORDERED.

Dated: April 4, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE