# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITALIAN COLORS RESTAURANT, ALAN CARLSON, STONECREST GAS & WASH, SALAM RAZUKI, LAURELWOOD CLEANERS, LLC, JONATHAN EBRAHIMIAN, LEON'S TRANSMISSION SERVICE, INC., VINCENT ARCHER, FAMILY LIFE CORPORATION d/b/a FAMILY GRAPHICS, TOSHIO CHINO, <br><br> Plaintiffs, <br><br> v. <br><br> KAMALA D. HARRIS, in her official capacity as Attorney General of the State of California, <br><br> Defendant. | Case No.: 2:14-cv-00604-MCE-DAD <br><br> **STIPULATION TO EXTENSION OF TIME FOR ATTORNEYS' FEES, EXPENSES, AND COSTS; ORDER** <br><br> Date: N/A <br> Time: N/A <br> Courtroom: 7, 14th Floor <br> Hon. Morrison C. England, Jr. |

The parties hereby jointly request a further 30-day extension, from August 1, 2018 to August 31, 2018, of the deadline to file any application concerning attorneys' fees, related nontaxable expenses, or costs. The parties believe that the extension requested here will allow them to discuss settlement of the remaining attorneys' fees issues and thereby possibly avoid unnecessary further litigation.

Dated: August 1, 2018                    STIPULATED AND AGREED:

*/s/ Deepak Gupta*

Deepak Gupta*
Jonathan E. Taylor
GUPTA WESSLER PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
Telephone: (202) 888-1741
Facsimile: (202) 888-7792
*deepak@guptawessler.com*

Edward S. Zusman (SBN 154366)
Kevin K. Eng (SBN 209036)
MARKUN ZUSMAN FRENIERE
COMPTON LLP
465 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 438-4515
Facsimile: (415) 434-4505

Gary B. Friedman*
Tracey Kitzman
Rebecca Quinn
FRIEDMAN LAW GROUP LLP
270 Lafayette Street
New York, NY 10012
(212) 680-5150

Howard M. Jaffe
JAFFE + MARTIN
1801 Century Park East
Suite 1600
Los Angeles, CA 90067
(310) 226-7770

Alex M. Tomasevic
NICHOLAS & TOMASEVIC LLP
225 Broadway - 19th Floor
San Diego, CA 92101
(619) 325-0492

Robert W. Cohen
LAW OFFICES OF ROBERT W. COHEN
1875 Century Park East, Suite 1770
Los Angeles, CA 90067
Telephone: (310) 282-7586
Facsimile: (310) 282-7589

*admitted *pro hac vice*

*Attorneys for Plaintiffs*

*/s/ John Killeen*
Xavier Becerra

Attorney General of California
John Killeen
  Deputy Attorney General
Anthony R. Hakl
  Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
(916) 322 9041
*anthony.hakl@doj.ca.gov*

*Attorneys for Defendant*

**ORDER**

Upon the parties' stipulation and pursuant to Federal Rule of Civil Procedure 54, the deadline for Plaintiffs' motion for attorneys' fees, related nontaxable expenses, or costs in this action is hereby extended by thirty (30) days to **August 31, 2018**.

IT IS SO ORDERED.

Dated: August 8, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I certify that I filed a copy of the foregoing stipulation and proposed order via the Court's CM/ECF system on August 1, 2018, which will automatically serve a copy on counsel for the defendants.

Dated: August 1, 2018                                                                  */s/ Deepak Gupta*
                                                                                                           Deepak Gupta