# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITALIAN COLORS RESTAURANT, ALAN CARLSON, STONECREST GAS & WASH, SALAM RAZUKI, LAURELWOOD CLEANERS, LLC, JONATHAN EBRAHIMIAN, LEON'S TRANSMISSION SERVICE, INC., VINCENT ARCHER, FAMILY LIFE CORPORATION d/b/a FAMILY GRAPHICS, TOSHIO CHINO, <br><br> Plaintiffs, <br><br> v. <br><br> KAMALA D. HARRIS, in her official capacity as Attorney General of the State of California, <br><br> Defendant. | Case No.: 2:14-cv-00604-MCE-DAD <br><br> **STIPULATION TO EXTENSION OF TIME FOR ATTORNEYS' FEES, EXPENSES, AND COSTS; ORDER** <br><br> Date: N/A <br> Time: N/A <br> Courtroom: 7, 14th Floor <br> Hon. Morrison C. England, Jr. |

The parties hereby jointly request an extension of time, up until and including January 4, 2019, of the deadline to file any application concerning attorneys' fees, related nontaxable expenses, or costs. The parties are presently negotiating a possible resolution and they believe that the extension requested here will help avoid unnecessary further litigation.

Dated: November 14, 2018            STIPULATED AND AGREED:

*/s/ Deepak Gupta*
Deepak Gupta\*
Jonathan E. Taylor
GUPTA WESSLER PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
Telephone: (202) 888-1741
Facsimile: (202) 888-7792
*deepak@guptawessler.com*

Edward S. Zusman (SBN 154366)
Kevin K. Eng (SBN 209036)
MARKUN ZUSMAN FRENIERE COMPTON LLP
465 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 438-4515
Facsimile: (415) 434-4505

| | |
|---|---|
| 1 | Gary B. Friedman* |
| 2 | Tracey Kitzman<br>FRIEDMAN LAW GROUP LLP |
| 3 | 154 Grand Street<br>New York, NY 10012 |
| 4 | (917) 568-5024 |
| 5 | *admitted *pro hac vice* |

Gary B. Friedman*
Tracey Kitzman
FRIEDMAN LAW GROUP LLP
154 Grand Street
New York, NY 10012
(917) 568-5024

*admitted *pro hac vice*

*Attorneys for Plaintiffs*

*/s/ John Killeen*
Xavier Becerra
   Attorney General of California
John Killeen
   Deputy Attorney General
Anthony R. Hakl
   Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
(916) 322 9041
*anthony.hakl@doj.ca.gov*

*Attorneys for Defendant*

**ORDER**

Upon the parties' stipulation and pursuant to Federal Rule of Civil Procedure 54, the deadline for the Plaintiffs' motion for attorneys' fees, related nontaxable expenses, or costs in this action is hereby extended to **January 4, 2019**.

IT IS SO ORDERED.

Dated: November 19, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I certify that I filed a copy of the foregoing stipulation and proposed order via the Court's CM/ECF system on November 14, 2018, which will automatically serve a copy on counsel for the defendants.

Dated: November 14, 2018                      */s/ Kevin Eng*
                                                                      Kevin Eng