# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITALIAN COLORS RESTAURANT, ALAN CARLSON, STONECREST GAS & WASH, SALAM RAZUKI, LAURELWOOD CLEANERS, LLC, JONATHAN EBRAHIMIAN, LEON'S TRANSMISSION SERVICE, INC., VINCENT ARCHER, FAMILY LIFE CORPORATION d/b/a FAMILY GRAPHICS, TOSHIO CHINO,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No.: 2:14-cv-00604-MCE-DAD<br><br>**STIPULATION TO EXTENSION OF TIME FOR ATTORNEYS' FEES, EXPENSES, AND COSTS; ORDER**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 7, 14th Floor<br>Hon. Morrison C. England, Jr. |

The parties have reached a tentative agreement under which the defendant will pay certain attorneys' fees and costs and the plaintiffs will release all claims for fees and costs under 42 U.S.C. § 1988 and otherwise. The parties will notify the Court once that agreement is finalized, so that the Court may close the file in this action. Meanwhile, the parties hereby jointly request an extension of time, up until and including February 4, 2018, of the deadline to file any application concerning attorneys' fees, related nontaxable expenses, or costs.

| | | |
|---|---|---|
| Dated: January 3, 2019 | | STIPULATED AND AGREED: |

*/s/ Deepak Gupta*
Deepak Gupta*
Jonathan E. Taylor
GUPTA WESSLER PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
Telephone: (202) 888-1741
Facsimile: (202) 888-7792
*deepak@guptawessler.com*

Edward S. Zusman (SBN 154366)
Kevin K. Eng (SBN 209036)
MARKUN ZUSMAN FRENIERE COMPTON LLP
465 California Street, Suite 401
San Francisco, CA 94104
Telephone: (415) 438-4515
Facsimile: (415) 434-4505

Gary B. Friedman*
Tracey Kitzman
FRIEDMAN LAW GROUP LLP
154 Grand Street
New York, NY 10012
(917) 568-5024

*admitted *pro hac vice*

*Attorneys for Plaintiffs*

*/s/ John Killeen*
Xavier Becerra
    Attorney General of California
John Killeen
    Deputy Attorney General
Anthony R. Hakl
    Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
(916) 322 9041
*anthony.hakl@doj.ca.gov*

*Attorneys for Defendant*

**ORDER**

Upon the parties' stipulation and pursuant to Federal Rule of Civil Procedure 54, the deadline for the plaintiffs' motion for attorneys' fees, related nontaxable expenses, or costs in this action is hereby extended to February 4, 2019.

IT IS SO ORDERED.

Dated: January 9, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE