XAVIER BECERRA
  Attorney General of California
BENJAMIN M. GLICKMAN
  Supervising Deputy Attorney General
JOHN W. KILLEEN
  Deputy Attorney General
  State Bar No. 258395
    1300 I Street, Suite 125
    P.O. Box 944255
    Sacramento, CA 94244-2550
    Telephone: (916) 210-6045
    Fax: (916) 324-8835
    E-mail: John.Killeen@doj.ca.gov
*Attorneys for Defendant Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ITALIAN COLORS RESTAURANT, ALAN CARLSON, LAURELWOOD CLEANERS, LLC, JONATHAN EBRAHIMIAN, FAMILY LIFE CORPORATION d/b/a FAMILY GRAPHICS, TOSHIO CHINO,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of the State of California,**<br><br>Defendant. | Case No. 2:14-cv-00604-MCE-DAD<br><br>**UNOPPOSED APPLICATION TO EXTEND TIME TO FILE JOINT STATUS REPORT FROM JUNE 4, 2019, TO JUNE 14, 2019; ORDER; DECLARATION OF JOHN W. KILLEEN** |

**UNOPPOSED APPLICATION**

On February 4, 2019, the Court entered an order approving a stipulation between the parties regarding payment of attorney fees, expenses, and costs. In its order, the Court directed the parties to "[e]very 60 days after the date this Order is electronically filed . . . submit a joint status

1

report advising the Court of the status of the Payment." Dkt. No. 77. On April 5, the parties filed their first joint status report. *See* Dkt. No. 78.

The parties' next joint status report is due June 4, 2019. Counsel for Defendant Xavier Becerra will be out of the state starting May 28, 2019 and will not return to the office until the week of June 10, 2019. *See* Declaration of John W. Killeen, ¶ 2. As of today, counsel has not obtained the information he needs to complete the joint status report. *Id.* ¶ 3. Therefore, Defendant Xavier Becerra requests that the Court extend the parties' time to file a joint status report from June 4, 2019, to June 14, 2019.

Plaintiffs do not oppose this request. *Id.* ¶ 4.

Dated: May 24, 2019                            Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
BENJAMIN M. GLICKMAN
Supervising Deputy Attorney General

*/s/ John W. Killeen*
JOHN W. KILLEEN
Deputy Attorney General
*Attorneys for Defendant*
Xavier Becerra

**ORDER**

Good cause appearing, the Court hereby orders that the parties' deadline to file a joint status report is extended from June 4, 2019 to **June 14, 2019**.

IT IS SO ORDERED.

Dated: May 28, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**DECLARATION OF JOHN W. KILLEEN**

1. I am a Deputy Attorney General with the California Department of Justice and am counsel for Defendant Xavier Becerra. I have personal knowledge of each fact stated in this declaration, and if called as a witness I could and would testify competently to them under oath.

2. I am the only attorney currently staffed on this matter, and will be out of the office on a pre-planned vacation starting May 28, 2019. I will be returning to the office the week of June 10.

3. As of May 24, 2019, I have requested but not yet received the information I need to complete the parties' joint status report.

4. On May 24, I emailed Plaintiffs' counsel Gary Friedman and Deepak Gupta, asking if they opposed the extension of time for the parties to file their joint status report from June 4 to June 14. By emails on May 24, Mr. Friedman and Mr. Gupta stated that Plaintiffs did not oppose the requested extension of time.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 24th day of May, 2019, at Sacramento, California.

*John W. Killeen (original signature on file)*
John W. Killeen

SA2014115143
13770425.doc